Hesman TALL, Plaintiff-Appellant,

v.

MARYLAND DEVELOPMENTAL DIS-
ABILITIES ADMINISTRATION; Ma-
ryland Department of Health and
Mental Hygiene, Defendants-Appel-
lees.

No. 17-1066

United States Court of Appeals,
Fourth Circuit.

Submitted: May 25, 2017

Decided: May 30, 2017

Hesman Tall, Appellant Pro Se. Rebecca Jean Coleman, William G. Dunlap, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Before MOTZ, THACKER, and
HARRIS, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

842

PER CURIAM:

Hesman Tall appeals the district court's order dismissing his civil action for lack of jurisdiction under Fed. R. Civ. P. 12(b)(1). "We review a district court's dismissal for lack of subject matter jurisdiction under Rule 12(b)(1) de novo," *Demetres v. E. W. Const., Inc.*, 776 F.3d 271, 272 (4th Cir. 2015), and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tall v. Md. Developmental Disabilities Admin.*, No. 1:15-cv-03811-ELH, 2016 WL 7491621 (D. Md. filed on Dec. 29, 2016 & entered Dec. 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*